**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 95-7539**

―――――――――――

W. A. MACGUIRE,

Plaintiff - Appellant,

versus

DENNIS BAUGH, Probation and Parole Officer;
ROBIN HARPER, Probation Officer; ALAN
RASMUSSEN, Probation and Parole Officer,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-95-776-R)

―――――――――――

Submitted: December 14, 1995        Decided: January 25, 1996

―――――――――――

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

W. A. MacGuire, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. MacGuire appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion for reconsideration of the court's dismissal of his complaint as frivolous pursuant to 28 U.S.C. § 1915(d) (1988). The notice of appeal brings up for review MacGuire's 42 U.S.C. § 1983 (1988) complaint as well as the motion for reconsideration. See Dove v. CODESCO, 569 F.2d 807, 809 (4th Cir. 1978). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. MacGuire v. Baugh, No. CA-95-776-R (E.D. Va. Aug. 8, 1995; Sept. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED